IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Ricks, Michael K | Case Number: 05 B 36873 |
|---|---|---|
| | Mitchell, Mary M | Judge: Goldgar, A. Benjamin |
| | Printed: 5/6/08 | Filed: 9/13/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: March 25, 2008
Confirmed: October 25, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 11,100.00 | |
| Secured: | | 8,274.92 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,244.00 |
| Trustee Fee: | | 581.08 |
| Other Funds: | | 0.00 |
| Totals: | 11,100.00 | 11,100.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | David M Siegel | Administrative | 2,244.00 | 2,244.00 |
| 2. | Aronson Furniture Company | Secured | 0.00 | 0.00 |
| 3. | Option One Mortgage Corp | Secured | 0.00 | 0.00 |
| 4. | Monterey Financial Services | Secured | 0.00 | 0.00 |
| 5. | Option One Mortgage Corp | Secured | 0.00 | 0.00 |
| 6. | Wells Fargo Fin Acceptance | Secured | 14,462.84 | 7,942.31 |
| 7. | Monterey Financial Services | Secured | 608.71 | 332.61 |
| 8. | Specialized Management Consultants | Unsecured | 37.75 | 0.00 |
| 9. | City Of Chicago Dept Of Revenue | Unsecured | 400.00 | 0.00 |
| 10. | Lessie Brown | Unsecured | 1,185.00 | 0.00 |
| 11. | RoundUp Funding LLC | Unsecured | 100.20 | 0.00 |
| 12. | Monterey Financial Services | Unsecured | 110.78 | 0.00 |
| 13. | Monterey Financial Services | Unsecured | 174.60 | 0.00 |
| 14. | Aronson Furniture Company | Unsecured | 180.00 | 0.00 |
| 15. | Peoples Energy Corp | Unsecured | 208.62 | 0.00 |
| 16. | Triad Financial Services | Unsecured | 910.02 | 0.00 |
| 17. | Wells Fargo Fin Acceptance | Unsecured | 245.85 | 0.00 |
| 18. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 19. | Alicia Martha | Unsecured | | No Claim Filed |
| 20. | Allstate Insurance Company | Unsecured | | No Claim Filed |
| 21. | AT&T | Unsecured | | No Claim Filed |
| 22. | Economy Furniture & Interiors Inc | Unsecured | | No Claim Filed |
| 23. | AT&T | Unsecured | | No Claim Filed |
| 24. | Elite Rental | Unsecured | | No Claim Filed |
| 25. | Direct Tv | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Ricks, Michael K  
Mitchell, Mary M  
Printed: 5/6/08

Case Number: 05 B 36873  
Judge: Goldgar, A. Benjamin  
Filed: 9/13/05

| # | Creditor | Type | | Status |
|---|---|---|---|---|
| 26. | Direct Tv | Unsecured | | No Claim Filed |
| 27. | SBC | Unsecured | | No Claim Filed |
| 28. | First Consumers National Bank | Unsecured | | No Claim Filed |
| 29. | Nextel Communications | Unsecured | | No Claim Filed |
| 30. | Niko | Unsecured | | No Claim Filed |
| 31. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| 32. | RMR & Associates | Unsecured | | No Claim Filed |
| 33. | James L Orrington | Unsecured | | No Claim Filed |
| 34. | SBC | Unsecured | | No Claim Filed |
| 35. | Sinai Medical Group | Unsecured | | No Claim Filed |
| 36. | SBC | Unsecured | | No Claim Filed |
| 37. | Wal Mart Stores | Unsecured | | No Claim Filed |
| 38. | Sprint PCS | Unsecured | | No Claim Filed |
| 39. | NIPSCO | Unsecured | | No Claim Filed |
| 40. | Time Life Books | Unsecured | | No Claim Filed |
| 41. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| 42. | City Of Chicago | Unsecured | | No Claim Filed |
| 43. | Southpoint | Unsecured | | No Claim Filed |
| 44. | AFNI | Unsecured | | No Claim Filed |
| 45. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 46. | City Of Chicago | Unsecured | | No Claim Filed |
| 47. | MCI | Unsecured | | No Claim Filed |
| 48. | Enterprise Rent A Car | Unsecured | | No Claim Filed |
| 49. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| 50. | Sprint PCS | Unsecured | | No Claim Filed |
| 51. | AOL | Unsecured | | No Claim Filed |
| 52. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| 53. | Oak Rock Financial | Unsecured | | No Claim Filed |
| 54. | Public Storage | Unsecured | | No Claim Filed |
| 55. | Roseland Community Hospital | Unsecured | | No Claim Filed |
| 56. | TCF Bank | Unsecured | | No Claim Filed |
| 57. | USA One National Credit Union | Unsecured | | No Claim Filed |
| 58. | SBC | Unsecured | | No Claim Filed |
| 59. | T Mobile USA | Unsecured | | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 20,868.37 | $ 10,518.92 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 184.75 |
| 5% | 34.54 |
| 4.8% | 151.19 |
| 5.4% | 210.60 |
|  | _____ |
|  | $ 581.08 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Ricks, Michael K<br>Mitchell, Mary M<br>Printed: 5/6/08 | Case Number:  05 B 36873<br>Judge:  Goldgar, A. Benjamin<br>Filed:  9/13/05 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                              Marilyn O. Marshall, Trustee, by:

